# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**HOUSTON TAYLOR ECKLES**                                                     **PLAINTIFF**
Reg #72794-018

v.                               **CASE NO. 2:22-CV-00189-BSM**

**JOHN P YATES**                                                              **DEFENDANT**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 4] is adopted. Eckles' petition for writ of habeas corpus [Doc. No. 1] is dismissed without prejudice.

IT IS SO ORDERED this 17th day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE