IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**HOUSTON TAYLOR ECKLES**                                                                         **PLAINTIFF**
Reg #72794-018

v.                               **CASE NO. 2:22-CV-00189-BSM**

**JOHN P YATES**                                                                                     **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 17th day of November, 2022.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE